UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION


**PAID**
133217

IN RE:  CASE NO. 06-12939-BKC-PGH

FREDERICK LETO,  CHAPTER 7 Proceeding

_____Debtor(s)_____/

## TRUSTEE'S NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**Notice is hereby given that:**

(XX)  The Trustee has a balance of **$430.11** remaining in the Trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )  The Trustee has a balance of $ remaining in the Trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of the estate.

Dated: July 29, 2010

By: /S/ Robert C. Furr, Trustee
Robert C. Furr, Trustee
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561)395-1840
Facsimile: (561) 338-7532
E-mail address: trustee@furrtrustee.com

## **EXHIBIT**

| Claim Number | Claimant Name/Address | Filed Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Chevy Chase Bank<br>P.O. Box 25018<br>Tampa, FL  33622-5018 | $882,269.25 | $430.11 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Revised 02/01/00                                                2